IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERNANDO CAAMPUED; and CECILIA CAAMPUED,

    Plaintiffs,

  v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for Harborview Mortgage Loan Trust 2006-8; MERIDIAN FORECLOSURE SERVICE; and MORTGAGE ELECTRONICS REGISTRATION SYSTEMS, INC., also known as MERS,

    Defendants.
_____/

No. C 12-1223 CW

ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR PENDING MOTIONS

    On April 13, 2012, this case was re-assigned to the undersigned.  At that time, three motions were pending in the case: (1) Plaintiffs Cecilia and Hernando Caampued's motion to consolidate cases (Docket No. 5); (2) Defendants Deutsche Bank National Trust Company and Mortgage Electronics Registration Systems, Inc.'s motion to expunge the lis pendens and for attorneys' fees (Docket No. 12); and (3) Defendants Deutsche Bank National Trust Company and Mortgage Electronics Registration Systems, Inc.'s motion to dismiss (Docket No. 15).  In the order reassigning the case, the hearings on these motions were vacated and counsel was directed to re-notice the hearings.  On April 17, 2012, a clerk's notice was issued, noting that the previous briefing schedules for the motions remained in effect.

    After this action was re-assigned, on April 18, 2012, Defendant Meridian Foreclosure Service filed a new motion to

dismiss or for a more definite statement (Docket No. 24). Meridian Foreclosure Service noticed its motion to dismiss for hearing on May 31, 2012.

Subsequently, on April 20, 2012, Defendants Deutsche Bank National Trust Company and Mortgage Electronics Registration Systems, Inc. re-filed their motions to expunge the lis pendens and for attorneys' fees, and to dismiss (Docket Nos. 27 and 30). In addition to re-noticing these motions for hearing on May 31, 2012, Defendants filed these as new motions, with new briefing schedules.

Because these are duplicative motions, the Court TERMINATES Docket Nos. 27 and 30.  The briefing schedules set by Deutsche Bank National Trust Company and Mortgage Electronics Registration Systems, Inc.'s filings in Docket Nos. 12 and 15 remain in effect. Accordingly, for both of these motions, Plaintiffs' oppositions are due by April 26, 2012, and Deutsche Bank National Trust Company and Mortgage Electronics Registration Systems, Inc.'s reply, if any, is due by May 3, 2012.

The motion to consolidate (Docket No. 5), the motion to expunge the lis pendens and for attorneys' fees (Docket No. 12), the motion to dismiss (Docket No. 15) and the motion to dismiss or for a more definite statement (Docket No. 24) shall be heard together on May 31, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 4/23/2012

CLAUDIA WILKEN
United States District Judge

2