IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERNANDO CAAMPUED and CECILIA CAAMPUED,

        Plaintiffs,

  v.

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for HARBORVIEW MORTGAGE LOAN TRUST 2006-8, et al.,

        Defendants.

_____/

No. C 12-1223 CW

ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE

    Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiffs, their counsel and Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than May 10, 2012.

    Counsel for Plaintiffs and Defendants shall be prepared to discuss the following subjects:

        (1)  Identification and description of claims and alleged defects in loan documents.

        (2)  Prospects for loan modification.

        (3)  Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiffs and their counsel shall do the following:

    (1) Review relevant loan documents and investigate the claims to determine whether they have merit.

    (2) If Plaintiffs are seeking a loan modification to resolve all or some of the claims, Plaintiffs shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.  Further, Plaintiffs shall immediately notify Defendants' counsel of the request for a loan modification.

    (3) Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for Defendants shall do the following.

    (1) If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiffs' request, counsel for Defendants shall promptly notify Plaintiffs to that effect.

    (2) Arrange for a representative from Defendants with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time that the telephone conference will be held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

IT IS SO ORDERED.

Dated: 4/23/2012

Claudia Wilken
United States District Judge

cc: ADR

2